**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TOLBERT, DIANE MARIE    § Case No. 09-43198
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,570,544.00          Assets Exempt: $95,544.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,550.36    Claims Discharged
                                              Without Payment: $89,619.51

Total Expenses of Administration: $1,450.03

---

    3) Total gross receipts of $ 7,000.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,000.39 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,450.03 | 1,450.03 | 1,450.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,425.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 89,975.00 | 32,351.87 | 32,351.87 | 5,550.36 |
| **TOTAL DISBURSEMENTS** | $94,400.00 | $33,801.90 | $33,801.90 | $7,000.39 |

  4) This case was originally filed under Chapter 7 on November 13, 2009. The case was pending for 24 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/08/2011          By: /s/MICHAEL G. BERLAND
                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit for collection of moneis due-unschedule | 1249-000 | 7,000.00 |
| Interest Income | 1270-000 | 0.39 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,450.03 | 1,450.03 | 1,450.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,450.03 | 1,450.03 | 1,450.03 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Tammy Eiland | 5200-000 | 2,425.00 | N/A | N/A | 0.00 |
| NOTFILED | Mr. and Mrs. Thomas James | 5200-000 | 2,000.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 4,425.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 26,996.00 | 26,996.82 | 26,996.82 | 4,631.63 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 4,586.00 | 4,058.78 | 4,058.78 | 696.33 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 518.97 | 518.97 | 89.04 |
| 4 | GE Money Bank | 7100-000 | N/A | 201.49 | 201.49 | 34.57 |
| 5 | Chase Bank USA,N.A | 7100-000 | N/A | 575.81 | 575.81 | 98.79 |
| NOTFILED | ADT | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Banana Republic | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Old Renwick Trail HOA | 7100-000 | 1,286.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 9,187.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 20,270.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 89,975.00 | 32,351.87 | 32,351.87 | 5,550.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43198   **Trustee:** (520196) MICHAEL G. BERLAND
**Case Name:** TOLBERT, DIANE MARIE   **Filed (f) or Converted (c):** 11/13/09 (f)
**§341(a) Meeting Date:** 12/29/09
**Period Ending:** 11/08/11   **Claims Bar Date:** 09/01/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 24306 Leski,Plainfield-scheduled | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 11637 Chesapeake, Plainfield-scheduled | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 11320 Glenbrook Circle, Plainfield-scheduled | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 3814 Saratoga, Joliet-scheduled | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 11316 Highland,Plainfielld-schedueld | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 11402 Glenbrook Circle, Plainfield-scheduled | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Cash-scheduled | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Furnishings-schuduled | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Books, pictures etc-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wearing apparel-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Jewelry-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Education IRA-scheduled | 330.00 | 0.00 | DA | 0.00 | FA |
| 14 | Teachers Retirement-scheduled | 71,214.00 | 0.00 | DA | 0.00 | FA |
| 15 | Child support-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2004 Acura-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Lawwnmower-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Cats-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Bicycles-scheduled | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 20 | Lawsuit for collection of moneis due-unschedule (u)   Debtor did nto disclose this asset on the schedules or at the first meeting of creditors. | 0.00 | 7,000.00 | | 7,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.39 | Unknown |
| 21 | Assets   Totals (Excluding unknown values) | $1,570,544.00 | $7,000.00 | | $7,000.39 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee reopened the case in connection with an unlisted asset, which was a judgement received by the debtor.. He has collected the monies for the asset.

Printed: 11/08/2011 10:07 AM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43198  
**Case Name:** TOLBERT, DIANE MARIE  

**Period Ending:** 11/08/11

**Trustee:** (520196)   MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 09/01/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014        **Current Projected Date Of Final Report (TFR):**   December 31, 2014

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-43198  
**Case Name:** TOLBERT, DIANE MARIE  

**Taxpayer ID #:** **-***8228  
**Period Ending:** 11/08/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/10 | {20} | Laurel Hickman Trust Accopunt | Partial payment of monies due from Diane Tolber from undisclos ed asset and judgment | 1249-000 | 3,087.04 | | 3,087.04 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.12 | | 3,087.16 |
| 09/13/10 | {20} | Laurel Hickman Trust Account | Payment of monies from undisclosed asset and judgment | 1249-000 | 1,939.38 | | 5,026.54 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,026.56 |
| 10/27/10 | {20} | Laurle Hickman trust account | Payment of monies from  undisclosed asset and judgment | 1249-000 | 1,714.25 | | 6,740.81 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,740.84 |
| 11/22/10 | {20} | Laurel Hickman | Payment of monies from undisclosed asset and judgment | 1249-000 | 259.33 | | 7,000.17 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,000.22 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,000.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,000.32 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,000.37 |
| 03/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 7,000.39 |
| 03/11/11 | | To Account #9200******5366 | Transfer for purpose of final distribution | 9999-000 | | 7,000.39 | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 7,000.39 | 7,000.39 | $0.00
| Less: Bank Transfers | 0.00 | 7,000.39 |
| **Subtotal** | 7,000.39 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$7,000.39** | **$0.00** |

{} Asset reference(s)

Printed: 11/08/2011 10:07 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-43198 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | TOLBERT, DIANE MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******53-66 - Checking Account |
| Taxpayer ID #: | **-***8228 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/08/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/11/11 | | From Account #9200******5365 | Transfer for purpose of final distribution | 9999-000 | 7,000.39 | | 7,000.39 |
| 03/19/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,450.03, Trustee Compensation; Reference: | 2100-000 | | 1,450.03 | 5,550.36 |
| 03/19/11 | 102 | Chase Bank USA, N.A. | Dividend paid 17.15% on $26,996.82; Claim# 1; Filed: $26,996.82; Reference: | 7100-000 | | 4,631.63 | 918.73 |
| 03/19/11 | 103 | Chase Bank USA, N.A. | Dividend paid 17.15% on $4,058.78; Claim# 2; Filed: $4,058.78; Reference: | 7100-000 | | 696.33 | 222.40 |
| 03/19/11 | 104 | Chase Bank USA, N.A. | Dividend paid 17.15% on $518.97; Claim# 3; Filed: $518.97; Reference: | 7100-000 | | 89.04 | 133.36 |
| 03/19/11 | 105 | GE Money Bank | Dividend paid 17.15% on $201.49; Claim# 4; Filed: $201.49; Reference: | 7100-000 | | 34.57 | 98.79 |
| 03/19/11 | 106 | Chase Bank USA,N.A | Dividend paid 17.15% on $575.81; Claim# 5; Filed: $575.81; Reference: | 7100-000 | | 98.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,000.39 | 7,000.39 | $0.00 |
| | | | Less: Bank Transfers | | 7,000.39 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,000.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $7,000.39 | |

Net Receipts : 7,000.39

Net Estate : $7,000.39

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******53-65** | 7,000.39 | 0.00 | 0.00 |
| **Checking # 9200-******53-66** | 0.00 | 7,000.39 | 0.00 |
| | $7,000.39 | $7,000.39 | $0.00 |

{} Asset reference(s)    Printed: 11/08/2011 10:07 AM    V.12.57